JUDGE KOELTL

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA        :

    - v. -                        :       INDICTMENT

JEFFREY MATOS,                  :       07 Cr.
    a/k/a "Jeffery Matos,"
                                :
    Defendant.
                                :
- - - - - - - - - - - - - - - - x



07 CRIM 1127

COUNT ONE

    The Grand Jury charges:

    In or about September 2007, in the Southern District of New York and elsewhere, JEFFREY MATOS, a/k/a "Jeffery Matos," the defendant, not being a licensed importer, manufacturer, dealer, or collector of firearms, unlawfully, willfully, and knowingly, did transport into and receive in the State where he resides firearms purchased and otherwise obtained by MATOS from outside that State, to wit, MATOS, a resident of New York State, purchased and received firearms from an individual in Maine and transported such firearms into New York State.

    (Title 18, United States Code, Section 922(a)(3).)


_____          _____
FOREPERSON                               MICHAEL J. GARCIA
                                         United States Attorney

Form No. USA-33s-274 (Ed. 9-25-58)

---

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA

- v. -

JEFFREY MATOS,
a/k/a "Jeffery Matos,"

Defendant.

---

INDICTMENT

07 Cr.

(18 U.S.C. § 922(a)(3))

MICHAEL J. GARCIA
United States Attorney.

A TRUE BILL

*[signature]* Foreperson.

---

*12/10/07 Filed Indictment. Case Judge Koeltl.
s/Mag. Judge Katz*