UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA,

    - against -

JEFFREY MATOS,

               Defendant.

07 Cr. 1127 (JGK)

<u>SPEEDY TRIAL ORDER</u>



---

JOHN G. KOELTL, District Judge:

    The parties are directed to appear for a conference on **January 25, 2008** at **3:30 p.m.**

    Because an adjournment is needed to allow for the defendant to review discovery, to allow defense counsel time to decide what motions, if any, will be made, and to assure the effective assistance of counsel, the Court prospectively excludes the time from today, **December 20, 2007**, until **January 25, 2008** from Speedy Trial Act calculations. The Court finds that the ends of justice served by granting the continuance outweigh the best interest of the defendant and the public in a speedy trial. This Order is entered pursuant to 18 U.S.C. § 3161(h)(8)(A).

SO ORDERED.

Dated:    New York, New York
           December 20, 2007

                                      John G. Koeltl
                                      United States District Judge