UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
UNITED STATES OF AMERICA

         -against-

JEFFREY MATOS,
                         Defendant.
-----------------------------------------------------------X

07 cr 1127 (JGK)

**SPEEDY TRIAL ORDER**

**JOHN G. KOELTL, DISTRICT JUDGE:**

The parties are directed to appear for a conference on **Friday, January 25, 2008 at 3:30pm** before the Honorable John G. Koeltl.

The Court prospectively excludes the time from today until **January 25, 2008** in calculating the speedy trial date under 18 U.S.C. 3161 in order to assure effective assistance of counsel and because the ends of justice served by such a continuance outweigh the best interest of the public and the defendant in a speedy trial pursuant to 18 U.S.C. § 3161(h)(8)(A).

**SO ORDERED.**

                                                       JOHN G. KOELTL
                                    UNITED STATES DISTRICT JUDGE

Dated: New York, New York
       January 2, 2008

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/4/2008