UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
UNITED STATES OF AMERICA

        -against-

JEFFREY MATOS,
                Defendants.
-------------------------------------------------------------X

07 cr 1127 (JGK)

**ORDER**

      The Court made an additional technical change in the Pre-Sentence Report when it prepared the judgment of conviction. The Court noted that the defendant pleaded guilty to Count One of the indictment rather than the information.

      The parties should advise the Court promptly if they wish the Court to do anything further.

**SO ORDERED.**

                                              JOHN G. KOELTL
                                      UNITED STATES DISTRICT JUDGE

Dated: New York, New York
       April 7, 2008

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/18/2008